**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | Case: 1:26-mj-000194 |
| | : | Assigned To: Judge Faruqui, Zia M. |
| **JOHN HINDMAN,** | : | Assign. Date: 10/23/2026 |
| | : | Description: COMPLAINT W/ARREST WARRANT |
| **Defendant.** | : | |
| | : | |

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Jason LaRaia, being first duly sworn, hereby depose and state as follows:

## STATEMENT OF FACTS

Leading up to Thursday October 22, 2026, a Federal Bureau of Investigation (FBI) Washington Field Office (WFO) Task Force Officer (TFO) was acting in an online covert employee (OCE) capacity as part of the Metropolitan Police Department-Federal Bureau of Investigation ("MPD-FBI") Child Exploitation Task Force, operating out of a satellite office in Washington, D.C. In that capacity, the OCE entered a social media platform known to the OCE as a place where people meet to discuss various fetishes among other things. The application is a privacy-oriented, anonymous social media application for sharing, venting, and connecting in a less identity-driven way. It allows a user to engage in communities, post and reply anonymously, choose connections nearby or globally, and focus more on content than persona.

While in this platform, the OCE posted messages in several groups that he was a member of. The majority of these groups are taboo in nature and involve incest related discussions among other things. The OCE also browsed profiles that indicated an interest in incest. The OCE sent a private message on the FetLife application to an individual using the username, "JohnLikesTacos." The user was later identified as the subject, JOHN T. HINDMAN. The stated profile is attached below.




The OCE's message read, "Naughty dad here with dau, what about u? HINDMAN responded, "Single with no kids but was a naughty stepdad for 3 years when I was in my mid 20's. You got session or teleguard?" The OCE responded by sending the HINDMAN his session account ID.

On October 22, 2026, the OCE communicated with HINDMAN on the session application. HINDMAN used the username, "JHxoxo" The following is a portion of the chat conversation:

> **HINDMAN**: Hey! So how old is your daughter? Dated a single mom when I was 26. She was 23 with a 9 yo and a 2 yo girl. I was essentially dating all 3 of them because my 23 yo gf would get eaten out by her 9 yo while I stuffed her insanely tight lil pussy that was already broken in by her biological father. Both of them would also suck my dick while I held her 2 yo over my faceand ate her bald puffy perfect lil pussy. Best 4 years of my life. I would still be dating them if it wasn't for her wanting to give her babies dad another shot. Wish I could experience that again.
>
> **OCE:** Mmmmmm mine is 7 and I love to have fun with her. Hopefully u took some good pics/vids as memories.
>
> **HINDMAN:** My ex was extremely against it so unfortunately not, but I have my own lil library of fun. I'm at work but I can show you some once im home in like 6 hours. You fuck your lil girl?
>
> **OCE:** Mmmmmmm so not fully, but she jerks me off, I eat her pussy, and rub the head in and cum all over her. I get her a few times a month. And yeah that sounds great, lets connect tonight.
>
> **HINDMAN:** That's hot. I bet its so difficult not to slide it inside her…

> **HINDMAN:** sends a video that's one minute and 19 seconds in length titled, "Laura Explains." The video appears to be AI and depicts a prepubescent child being sexually abused by an adult male.
>
> **HINDMAN:** I have one on my device rn I can send. Enjoy. Hope you watch it with your daughter.
>
> **OCE:** Not bad for AI lol, yes that would be hot to watch with her.
>
> **HINDMAN**: Yeah that's the only reason I keep it on my phone since its just AI. Do you take pictures and vids of her naked and when you play with her?
>
> **OCE:** So I have done that with other dads live because they had a lil one or proved that they had original content.

The OCE continued communicating with the subject via session, the following is a portion of that chat:

> **HINDMAN**: I have some oc[1] from lil girls ive talked to.

The OCE asked the subject about his OC, the subject stated, "Most recently a 12 yo and she was also showing her off her 2yo lil sister." During the course of the chat HINDMAN stated that a week ago he had sexual intercourse with a 15-year-old black female at his residence in PA. HINDMAN stated that he did not have any videos or images of her.

During the course of the chat HINDMAN stated, "I hope I can watch you play with your lil girl sometime. HINDMAN later stated, "Hope next time shes over we can video call while she sucks you off or something. I'd love to watch you two play."

During the course of the chat HINDMAN shared his original content (oc.) The first set of images that HINDMAN sent were of the 12-year-old and her purported 2-year-old sister. 5 of the images depict the 12-year-old sitting on a bed wearing a sports bra and shorts, one image of her shirtless wearing panties, and 1 image of her completely nude with her legs spread exposing her vagina. There are two images of her purported 2-year-old sister. The first is a toddler aged girl lying on a bed with just a diaper on. The second image depicts the child naked on all fours with her anus and vagina exposed.

HINDMAN sent another set of seven images, which he described as, "A 28yo milf and her eating her 5 yo daughter and she took pics of her bent over in the bathtub for me." Three of the images depict a nude preteen girl naked in a bathtub. The girl is on all fours with her buttocks and vagina exposed. Two of the images depict an adult female performing oral copulation on a preteen girl and two close up images of a preteen girl's bare vagina. HINDMAN then sent a video which he described as, "That was supposedly a father and his daughter but he stopped

[1] OC is short for "original content", a term used by people with a sexual interest in children, it refers to content that is produced.

talking to me shortly after he sent me that video. He said that was him and his girl. That's all my OC though." The video is 31 seconds in length and depicts an adult male having anal sex with a young preteen girl.

On October 23, 2026, an administrative subpoena was served upon BitLove/Fetlife requesting information associated with the Fetlife username, "JohnLikesTacos." On the same date, Bitlove/Fetlife responded and provided subscriber information to include email address jhindmanXX@gmail.com, mobile verification phone number 412-XXX-4126, phone number (412) XXX-4126, and date of birth December XX, 1991.

According to DMV and commercial database records, HINDMAN was identified as follows: JOHN T. HINDMAN, date of birth December XX, 1991, home address XXXX W 11th Street, Mc Kees Rocks, Pennsylvania 15136, phone number 412-XXX-4126. HINDMAN's driver's license photograph is attached below, which is visually similar to the photograph observed on the profile for JohnLikesTacos."



The FetLife profile associated with "JohnLikesTacos" listed that he is 34 years old and lives in McKees Rocks, Pennsylvania, which is consistent with DMV and commercial records associated with HINDMAN.

## CONCLUSION

Based on the foregoing, there is probable cause to believe that HINDMAN, has committed the offense of Distribution of Child Pornography, in violation of 18 U.S.C. 2252(a)(2).

Respectfully submitted,

Jason LaRaia
Special Agent
Federal Bureau of Investigation

Respectfully submitted and attested to in accordance with the requirements of Fed. R. Crim. P. 4.1 and 41(d)(3) via telephone on October 23, 2026.

THE HONORABLE ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE